STATE of Missouri, Respondent,

v.

Rayshawn T. TAYLOR, Appellant.

Nos. WD 72422, WD 72469.

Missouri Court of Appeals,
Western District.

June 26, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 31, 2012.

Shaun J. Mackelprang, for Respondent.

S. Kate Webber, for Appellant.

Before Division Two: GARY D. WITT,
Presiding Judge, JOSEPH M. ELLIS,
Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Appellant Rayshawn Taylor appeals from his conviction of one count of murder in the first degree, § 565.020, three counts of assault in the first degree, § 565.050, four counts of assault of a law enforcement officer in the first degree, § 565.081, and ten counts of armed criminal action, § 571.015. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**